**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
WESTERN DISTRICT OF TEXAS

Case number (if known): _____  Chapter **11**

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
TRIAD MOTORS LTD.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
DBA HOVEY MOTOR CARS

**3. Debtor's federal Employer Identification Number (EIN)**  
74-2892896

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 30775 IH 10 WEST<br>Boerne, TX 78006<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Kendall<br>County | **Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  
_____

**6. Type of debtor**  
☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
■ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **TRIAD MOTORS LTD.**
Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4411__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** that apply:

 ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

 ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

 ☐ A plan is being filed with this petition.

 ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

 ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

 ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor **TRIAD MOTORS LTD.**     Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
           Contact name _____
           Phone _____

---

■   **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **TRIAD MOTORS LTD.**  Case number (*if known*)
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **TRIAD MOTORS LTD.**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 10, 2024**
MM / DD / YYYY

X **/s/ RICHARD D. HOVEY, JR.**
Signature of authorized representative of debtor

**RICHARD D. HOVEY, JR.**
Printed name

Title **PRESIDENT**

**18. Signature of attorney**

X **/s/ James S. Wilkins**
Signature of attorney for debtor

Date **May 10, 2024**
MM / DD / YYYY

**James S. Wilkins 21486500**
Printed name

**James S. Wilkins P.C.**
Firm name

**1100 NW Loop 410, Ste. 700**
**San Antonio, TX 78213**
Number, Street, City, State & ZIP Code

Contact phone **2102719212**  Email address **jwilkins@stic.net**

**21486500 TX**
Bar number and State

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 5

Fill in this information to identify the case:

Debtor name: **TRIAD MOTORS LTD.**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AMERICAN EXPRESS - CORPORATE** P.O. BOX 6031 CAROL STREAM, IL | | Credit card purchases | | | | $26,949.00 |
| **AMERICAN EXPRESS - PLATINUM** P.O. BOX 6031 CAROL STREAM, IL | | Credit card purchases | | | | $32,653.00 |
| **AUSTIN TONROY** 407 HWY 289 Comfort, TX 78013 | | Trade debt | | | | $55,000.00 |
| **AXLE FUNDING** 15301 N. DALLAS PARKWAY STE. 800 Addison, TX 75001 | | | | $194,738.00 | Unknown | Unknown |
| **CARLOS MOORE** 1218 SOUTH MAIN, UNIT B Boerne, TX 78006 | | Trade debt | | | | $28,500.00 |
| **CDK GLOBAL,LLC** P.O. BOX 88921 Chicago, IL 60695-1921 | | Trade debt | | | | $13,841.96 |
| **CHRISTOPHER GROSE** 13262 HUNDERS LARK San Antonio, TX 78230 | | Trade debt | | | | $22,000.00 |
| **CRAIG PORTER** 11 ORSINGER San Antonio, TX 78230 | | Trade debt | | | | $84,480.00 |

Debtor **TRIAD MOTORS LTD.**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **CRAIG PORTER** 11 ORSINGER San Antonio, TX 78230 | | **2023 CORVETTE** | | **$85,000.00** | **Unknown** | **Unknown** |
| **DAVID HEEMAN** 11844 BANDERA #265 Helotes, TX 78023 | | Trade debt | | | | $5,500.00 |
| **DAVID RIVERA** 27618 WILD BLOOM San Antonio, TX 78260 | | Trade debt | | | | $18,000.00 |
| **FELIX PARDO** 715 PINS FOREST San Antonio, TX 78253 | | Trade debt | | | | $20,000.00 |
| **GREGORY REHELD** 8629 SHADY GATE Boerne, TX 78015 | | Trade debt | | | | $16,000.00 |
| **JANE GUERRERO** 14555 GUNTER AVE. San Antonio, TX 78245 | | Trade debt | | | | $9,000.00 |
| **KENNETH DORROUGH** 581 HARBOUR WAY LAKE HILLS, TX | | Trade debt | | | | $17,000.00 |
| **LUIS DELAGARZA** 27595 IH 10 W #1238 Boerne, TX 78006 | | Trade debt | | | | $36,750.00 |
| **MIGUEL ESPINOZA** 21259 CORAL SPUR San Antonio, TX 78259 | | Trade debt | | | | $11,500.00 |
| **PAUL KIRISITS** 3223 ROSETTI DR. San Antonio, TX 78247 | | Trade debt | | | | $20,000.00 |
| **ROBERT NOHRN** 148 DODGE ROAD Boerne, TX 78006 | | Trade debt | | | | $16,000.00 |
| **WILLIAM CAISSE** 3036 FALL VALLEY DR. San Antonio, TX 78247 | | Trade debt | | | | $23,000.00 |

ADMIRAL PROPERTIES OF TEXAS
30775 IH 10 WEST
Boerne, TX 78006

ADRAIN VALAZQUEZ
4713 CLUB FACE
San Antonio, TX 78261

AMERICAN EXPRESS - CORPORATE
P.O. BOX 6031
CAROL STREAM, IL

AMERICAN EXPRESS - PLATINUM
P.O. BOX 6031
CAROL STREAM, IL

AUSTIN TONROY
407 HWY 289
Comfort, TX 78013

AXLE FUNDING
15301 N. DALLAS PARKWAY
STE. 800
Addison, TX 75001

CARLOS MOORE
1218 SOUTH MAIN, UNIT B
Boerne, TX 78006

CDK GLOBAL,LLC
P.O. BOX 88921
Chicago, IL 60695-1921

CHRISTOPHER GROSE
13262 HUNDERS LARK
San Antonio, TX 78230

CRAIG PORTER
11 ORSINGER
San Antonio, TX 78230

DAVID HEEMAN
11844 BANDERA #265
Helotes, TX 78023

DAVID RIVERA
27618 WILD BLOOM
San Antonio, TX 78260

FELIX PARDO
715 PINS FOREST
San Antonio, TX 78253

GREGORY REHELD
8629 SHADY GATE
Boerne, TX 78015

JANE GUERRERO
14555 GUNTER AVE.
San Antonio, TX 78245

JOHN N. PHILLIPS
21207 ACORN COVE
San Antonio, TX 78258

KENNETH DORROUGH
581 HARBOUR WAY
LAKE HILLS, TX

LUIS DELAGARZA
27595 IH 10 W #1238
Boerne, TX 78006

MIGUEL ESPINOZA
21259 CORAL SPUR
San Antonio, TX 78259

NEXTGEAR CAPITAL, INC.
11799 N. COLLEGE AVENUE
Carmel, IN 46032

PAUL KIRISITS
3223 ROSETTI DR.
San Antonio, TX 78247

ROBERT NOHRN
148 DODGE ROAD
Boerne, TX 78006

```
SBA DISASTER LOAN
14925 KINGSPORT RD.
FT. WORTH, TX

WILLIAM CAISSE
3036 FALL VALLEY DR.
San Antonio, TX 78247
```