IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| In Re: | § | CHAPTER 11 |
|---|---|---|
| TRIAD MOTORS, LTD. | § | |
| dba HOVEY MOTOR CARS, | § | |
| DEBTOR | § | CASE NO. 24-50876-mmp |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES AND PLEADINGS

TO THE HONORABLE U.S. BANKRUPTCY JUDGE, MICHAEL M. PARKER:

Please take notice that the undersigned enters her appearance in the above referenced bankruptcy case on behalf of Security Service Federal Credit Union, a creditor.

Pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned requests that all notices given or requested to be given and all papers served or required to be served in this case be given to and served as follows:

Elizabeth G. Smith
Law Offices of Elizabeth G. Smith
6655 First Park Ten, Suite 240
San Antonio, Texas 78213
Ph: 210-731-9177    Fax: 210-731-9130    Email: beth@egsmithlaw.com

AND

Michael Cubeta, Sr. Vice-President/Deputy General Counsel
Security Service Federal Credit Union
15000 IH 10 West
San Antonio, TX 78249

AND

Zachary Wilson, Paralegal
Security Service Federal Credit Union
15000 IH 10 West
San Antonio, TX 78249

Dated: May 28, 2024.

Respectfully submitted,

Law Offices of Elizabeth G. Smith
6655 First Park Ten, Suite 240
San Antonio, Texas 78213
Phone: 210-731-9177    Fax: 210-731-9130

E-mail: beth@egsmithlaw.com  
By:     /s/ *Elizabeth G. Smith*  
Elizabeth G. Smith  
State Bar No. 18577200  
Attorney for Security Service Federal Credit Union

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2024, a true and correct copy of the foregoing Notice of Appearance and Request for Service of Notices and Pleadings was served to the Debtor, Debtor's counsel, the U.S. Trustee, the parties who have filed their appearance in this case shown below, and all parties listed in the Service List attached hereto either through the Court's ECF system or via U.S. First Class Mail, postage prepaid:

**by E-Notice of their appearance in this case as follows:**
Debtor's Attorney, James S. Wilkins, Wilkins & Wilkins, L.L.P., 1100 NW Loop 410, Suite 700 San Antonio, TX 78213,   jwilkins@stic.net

U.S. Trustee, Jeremy Shane Flannery, 615 E. Houston, Suite 533, San Antonio, TX 78205;

NextGear Capital, Inc., c/o Greenberg Traurig, LLP, Attn: John D. Elrod, 333 Piedmont Rd NE, Suite 2500, Atlanta, GA 30305-1780;

Miguel Espinoza c/o Gerrit Schulze, 13750 San Pedro, Suite 810, San Antonio, TX 78232;

United Texas Credit Union c/o D. Wade Hayden, Hayden & Cunningham, PLLC, 7750 Broadway, San Antonio, TX 78209

**by First Class Mail as follows:**
**Debtor:** Triad Motors, Ltd., 30775 IH 10 West, Boerne, TX 78006;
and, to those parties per the attached Service List.

By:     /s/ *Elizabeth G. Smith*  
Elizabeth G. Smith  
Attorney for Security Service Federal Credit Union

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-5<br>Case 24-50876-mmp<br>Western District of Texas<br>San Antonio<br>Tue May 28 15:02:06 CDT 2024 | Triad Motors Ltd.<br>30775 IH-10 West<br>Boerne, TX 78006-9211 | U.S. BANKRUPTCY COURT<br>615 E. HOUSTON STREET, ROOM 597<br>SAN ANTONIO, TX 78205-2055 |
| ADMIRAL PROPERTIES OF TEXAS<br>30775 IH 10 WEST<br>Boerne, TX 78006-9211 | ADRAIN VALAZQUEZ<br>4713 CLUB FACE<br>San Antonio, TX 78261-1742 | AMERICAN EXPRESS - CORPORATE<br>P.O. BOX 6031<br>CAROL STREAM, IL 60197-6031 |
| AMERICAN EXPRESS - PLATINUM<br>P.O. BOX 6031<br>CAROL STREAM, IL 60197-6031 | AUSTIN TONROY<br>407 HWY 289<br>Comfort, TX 78013-3418 | AXLE FUNDING<br>15301 N. DALLAS PARKWAY<br>STE. 800<br>Addison, TX 75001-6713 |
| CARLOS MOORE<br>1218 SOUTH MAIN, UNIT B<br>Boerne, TX 78006-2828 | CDK GLOBAL,LLC<br>P.O. BOX 88921<br>Chicago, IL 60695-1921 | CHRISTOPHER GROSE<br>13262 HUNDERS LARK<br>San Antonio, TX 78230-2018 |
| CRAIG PORTER<br>11 ORSINGER<br>San Antonio, TX 78230 | DAVID HEEMAN<br>11844 BANDERA #265<br>Helotes, TX 78023-4132 | DAVID RIVERA<br>27618 WILD BLOOM<br>San Antonio, TX 78260-1440 |
| FELIX PARDO<br>715 PINS FOREST<br>San Antonio, TX 78253-5843 | GREGORY REHELD<br>8629 SHADY GATE<br>Boerne, TX 78015 | Gerrit Schulze<br>13750 San Pedro<br>Suite 810<br>San Antonio, TX 78232-4320 |
| JANE GUERRERO<br>14555 GUNTER AVE.<br>San Antonio, TX 78254-1818 | JOHN N. PHILLIPS<br>21207 ACORN COVE<br>San Antonio, TX 78258-7443 | KENNETH DORROUGH<br>581 HARBOUR WAY<br>LAKE HILLS, TX 78063-6786 |
| LUIS DELAGARZA<br>27595 IH 10 W #1238<br>Boerne, TX 78006-6695 | MIGUEL ESPINOZA<br>21259 CORAL SPUR<br>San Antonio, TX 78259-2070 | Miguel Espinoza<br>c/o Gerrit Schulze<br>13750 San Pedro<br>Suite 810<br>San Antonio, Texas 78232<br>gerrit@txsuits.com  78232-4320 |
| NEXTGEAR CAPITAL, INC.<br>11799 N. COLLEGE AVENUE<br>Carmel, IN 46032-5605 | NextGear Capital, Inc.<br>c/o Greenberg Traurig, LLP<br>Attn: John D. Elrod<br>3333 Piedmont Rd NE, Suite 2500<br>Atlanta, GA 30305-1780 | PAUL KIRISITS<br>3223 ROSETTI DR.<br>San Antonio, TX 78247-5108 |
| ROBERT NOHRN<br>148 DODGE ROAD<br>Boerne, TX 78006 | SBA DISASTER LOAN<br>14925 KINGSPORT RD.<br>FT. WORTH, TX 76155-2243 | United States Trustee - SA12<br>US Trustee's Office<br>615 E Houston, Suite 533<br>San Antonio, TX 78205-2055 |

| | | |
|---|---|---|
| United Texas Credit Union<br>c/o D. Wade Hayden<br>Hayden & Cunningham, PLLC<br>7750 Broadway<br>San Antonio, Texas 78209-3244 | WILLIAM CAISSE<br>3036 FALL VALLEY DR.<br>San Antonio, TX 78247-3224 | James Samuel Wilkins<br>James S. Wilkins, PC<br>1100 NW Loop 410, Suite 700<br>San Antonio, TX 78213-2258 |

**End of Label Matrix**
**Mailable recipients**    32
**Bypassed recipients**     0
**Total**                  32