IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In Re: § | | CASE No. 24-50876-mmp |
| TRIAD MOTORS, LTD. § | | |
| d/b/a HOVEY MOTOR CARS, § | | |
| DEBTOR § | | CHAPTER 7 |

**SECURITY SERVICE FEDERAL CREDIT UNION's
MOTION FOR RELIEF FROM AUTOMATIC STAY AGAINST PROPERTY PER 11
U.S.C. §362(d) OF THE BANKRUPTCY CODE AND LOCAL RULE 4001
AND FOR ADEQUATE PROTECTION**

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within fourteen (14) days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

**EXPEDITED CONSIDERATION BY HEARING HAS BEEN REQUESTED**

TO THE HONORABLE U. S. BANKRUPTCY JUDGE, MICHAEL M. PARKER:

Comes now Security Service Federal Credit Union ("SSFCU"), and files its Motion for Relief from Automatic Stay Against Property per 11 U.S.C. §362(d) of the Bankruptcy Code and Local Rule 4001 and for Adequate Protection ("Motion"), requesting relief in order that it may take all necessary action to assist consumer buyers in the transfer of vehicle titles and finalize recordation of SSFCU's first lien on the titles. SSFCU shows the Court the following:

1. This Court has jurisdiction of this proceeding pursuant to 28 U.S.C. §§ 157, 1334, 11 U.S.C. §362. This is a core proceeding under 28 U.S.C. §157(b)(2)(A) and (G), arising under Title 11 U.S.C. Venue is proper under 28 U.S.C. §1408. Relief is sought based on §§ 362(d)(1) and (2).

2. This case was commenced by Debtor, Triad Motors, Ltd. d/b/a Hovey Motor Cars, filing a

Voluntary Petition under Chapter 11 of the U.S. Bankruptcy Code on May 10, 2024 in the Western District of Texas, San Antonio Division ("petition date"). Debtor, through his counsel, is in agreement with this Motion evidenced by the signature of his counsel on the last page of this Motion. The U.S. Trustee is unopposed to this Motion.

## I.
## FACTS AND NON-RECOURSE AGREEMENT

3. Debtor sold used cars directly to consumers papering the sales transaction with the use of a Retail Purchase Agreement[1] and a Retail Installment Contract ("RIC"). SSFCU would purchase the RIC from Debtor to facilitate financing of the vehicle, thereby becoming the lender for the consumer buyer's purchase. Each RIC includes a clause assigning the Retail Installment Contract to SSFCU, which the buyer would sign as a part of the sales transaction. The terms and conditions of SSFCU's purchase of RICs from Debtor are defined in a "Non-Recourse Agreement, Motor Vehicle Retail Financing Agreement" dated December 4, 2001 ("Vehicle Financing Agreement"). A true and correct copy of the Vehicle Financing Agreement is attached as **"Ex. A"** to the **Affidavit of Jay Gable, SSFCU Senior Vice President Indirect Lending Cntrl.** ("SSFCU Affidavit"). **See SSFCU Affidavit and "Ex. A"**, attached hereto and incorporated herein by reference for all purposes. When the purchase of the vehicle and the funding of the purchase of the RIC was finalized, SSFCU's lien was in first place and superior status.

## II.
## DEBTOR SOLD VEHICLES TO CONSUMERS AND
## THEREAFTER SOLD THE VEHICLE CONTRACTS TO SSFCU

4. According to testimony of Debtor's representative, Debtor sold five vehicles and SSFCU

---

[1] Also known as a "Buyer's Order" in the car business.

purchased five RICs from Debtor as related to the same vehicle sales. SSFCU will retain the titles to the vehicle sale transactions listed below in which it purchased the RICs once the titles are received:

| Contract Date | Vehicle Description | VIN Numbers | Amount Funded | Buyer name |
|---|---|---|---|---|
| 3/25/2024 | 2016 Nissan GT-R | JN1AR5EF4GM290852 | $43,895.91 | David Helfert[2] |
| 4/8/2024 | 2014 RAMT 3500 PICKUP | 3C63RRGL3EG165784 | $27,250.77 | Taylor Dean Hovey |
| 4/18/2024 | 2013 Rolls Royce SD Ghost | SCA664S52DUX51809 | $99,598.49 | Fernando Gabriel Monterrey |
| 4/24/24 | 2008 Dodge Ram 3500 Pickup | 3D7MX38A98G240642 | $12,610.01 | John Steven Whitaker |
| 4/30/2024 | 2010 Rolls Royce Phantom | SCA681S56AUX09096 | $99,630.00 | Norma P. Monterrey |

Attached to the **SSFCU Affidavit** are five exhibits, **Ex. B-Helfert", "Ex. C-Hovey", "Ex. D-R. Monterrey", "Ex. E-Whitaker" and "Ex.F-N. Monterrey" ("Exhibits B-F")** incorporated herein for all purposes. The same exhibits support the data listed on the above chart as to the date of the sale of a vehicle from Debtor to a consumer buyer by name; the make, model and year of the vehicle which the consumer buyer purchased from Debtor; the sales terms for the purchase of the vehicle; the terms of financing for the vehicle with SSFCU; the application to transfer title to consumer buyer and the lien of SSFCU[3]; and the sum paid to Debtor by SSFCU for the purchase of the RIC:

---

[2] SSFCU received information that the vehicle purchased by Mr. Helfert is titled in the name of Adrian Velazquez, and possibly another lien holder is recorded on the title.

[3] The sale of the RIC for the purchase made by David Helfert does not include an Application for Texas Title.

a. Hovey Motorcars Retail Purchase Agreement" or "Buyer's Order;

b. Motor Vehicle Retail Installment Sales Contract" with "SSFCU Additional Terms of Retail Installment Sales Contract" ("Retail Installment Contract" of "RIC");

c. Application for Texas Title and/or Registration;

d. Indirect Lending Checklist; and

e. Account Details (2 pages).

*See SSFCU Affidavit and "Exhibits B-F".*

5. The Indirect Lending Checklist is an internal SSFCU document which establishes essential information concerning the purchase of a RIC and the finance relationship between the consumer buyer and SSFCU. Note each Indirect Lending Checklist includes the following information:

a. The name of the consumer buyer of a vehicle from Debtor and financed by SSFCU;

b. The vehicle identification number ("VIN");

c. The identify of the dealer by number 1164-001164, which is Triad Motors, LTD dba Hovey Motor Cars, LLC;

d. The contract finance amount, the amount funded and the date of funding, which was the date SSFCU purchased the RIC from Debtor.

*See SSFCU Affidavit ¶ 9.*

6. The Account Details document is also an internal SSFCU document which similarly establishes essential information concerning the purchase of the RIC from Debtor and the finance relationship between the consumer buyer and SSFCU and a description of the vehicle purchased as follows:

a. The name of the consumer buyer of a vehicle from Debtor and financed by SSFCU;

b. The customer number assigned to the account;

c. The identify of the dealer by number 1164-001164, which is Triad Motors, LTD dba

Hovey Motor Cars, LLC;

d. The original loan amount, the original loan proceeds and the date the loan proceeds were paid on behalf of the customer to the dealer for purchase of each RIC; and

e. The description of the collateral securing the loan.

*See SSFCU Affidavit* ¶ **10.**

**"Exhibits B-F"** establish SSFCU purchased five RICs from Debtor for the sums listed above. Each RIC is secured by a vehicle. SSFCU contractually has a right to hold the titles in its possession.

7. SSFCU is the lien holder for each of the vehicles the subject of the sales to the consumer buyers listed on **"Exhibits B-F",** pursuant to the Vehicle Financing Agreement and the RIC**.** Debtor is charged with completing all forms and documents to properly perfect SSFCU's security interest as per the Vehicle Financing Agreement. *See SSFCU Affidavit and "Ex. A", p.3.* Further, SSFCU has a post-petition right to take any remaining steps to perfect its lien which arose pre-petition. *11 U.S.C. §362 (b)(3).*

8. SSFCU believes the vehicle Debtor sold to David Helfert is titled in the name of Adrian Velazquez.

9. Debtor tendered to SSFCU titles that were transferred into the name of Taylor Dean Hovey and John Steven Whitaker, with a recorded lien to SSFCU. Debtor tendered all necessary title paperwork to SSFCU related to titles to Fernando Gabriel Monterrey and Norma P. Monterrey, although titles have not been transferred. Debtor provided documents to allow transfer of the title to David Helfert, with the exception of the actual title. SSFCU believes the title is in the possession of dealership "Steele Chrysler Jeep Dodge Ram Gonzales.

10. With respect to the vehicles Debtor sold to Fernando Gabriel Monterrey and Norma P. Monterrey, such cannot be processed until the taxes are paid and the title paperwork is completed.

*See SSFCU Affidavit ¶ 12.*

11. SSFCU cannot deliver or attempt to assist its customers by processing title transfer or work with third parties to obtain titles, unless and until the automatic stay is lifted by order of this court.

### III.
### CAUSE EXISTS FOR THE COURT TO GRANT RELIEF FROM STAY

12. SSFCU filed this Motion related to the five vehicles in which it holds right to title and asserts a first lien interest in order to facilitate transfer of the titles to the buyers of the vehicles listed herein. Good cause exists to allow the Court to lift the automatic stay.

13. The Court enjoys broad discretion to alter or modify the automatic stay. The statute provides the Court may lift the automatic stay "for cause, including the lack of adequate protection of an interest in property of [the movant]." 11 U.S.C.§362(d)(1). The Bankruptcy Code does not define "cause" in §362(d)(1), so the courts are to determine whether cause exists to grant relief from stay in a case-by-case approach. *See In re Machado*, 2022 Bankr. LEXIS 244 *7; 2022 WL 257396 citing *In re JCP Props., Ltd.*, 540 B.R. 596, 613 (Bankr. S.D. Tex. 2015) (citing *In re Reitnauer*, 152 F. 3d 341, 343, n.4 (5th Cir. 1998)). The absence of the definition of "cause" allows bankruptcy courts flexibility in determining what constitutes cause. Id. citing *Bonneville Power Admin v. Mirant Corp.* (*In re Mirant Corp.*) 550 F.3d 238, 253 (5th Cir. 2006) (quoting *Little Creek Dev. Co. v. Commonwealth Mortg. Corp*. (*In re Little Creek Dev. Co.*), 779 F.2d 1065, 1073 (5th Cir. 1986).

14. Cause exists in support of SSFCU's Motion to lift the automatic stay as to the titles which are property of the bankruptcy estate. The relief requested will allow SSFCU to take all necessary steps to assist in the transfer of title into the name of the individual consumer buyers and finalize recordation of SSFCU's first lien. Without the process of transferring the titles, the consumer buyers are unable to obtain metal vehicle license tags. Further, if a lien dispute exists related to a vehicle,

SSFCU will be enabled to address such issue according to non-bankruptcy law outside of the bankruptcy forum.

V.
**REQUEST FOR RELIEF**

WHEREFORE, PREMISES CONSIDERED, Movant, Security Service Federal Credit Union, respectfully requests that upon hearing of this Motion, the Court grant it the following relief:

A) that the automatic stay be immediately lifted in favor of SSFCU, permitting SSFCU to exercise all of its rights and remedies at law or equity in any way related or arising out of the transactions with the Debtor, the consumer purchasers listed in the chart below, and other third parties, including, without limitation, perfection of its lien interest, demand for return of titles from the Debtor or any other third party, recovery of damages related thereto and assistance to transfer vehicle titles to the following:

| Contract Date | Vehicle Description | VIN Numbers | Amount Funded | Buyer name |
|---|---|---|---|---|
| 3/25/2024 | 2016 Nissan GT-R | JN1AR5EF4GM290852 | $43,895.91 | David Helfert |
| 4/8/2024 | 2014 RAMT 3500 PICKUP | 3C63RRGL3EG165784 | $27,250.77 | Taylor Dean Hovey |
| 4/18/2024 | 2013 Rolls Royce SD Ghost | SCA664S52DUX51809 | $99,598.49 | Fernando Gabriel Monterrey |
| 4/24/24 | 2008 Dodge Ram 3500 Pickup | 3D7MX38A98G240642 | $12,610.01 | John Steven Whitaker |
| 4/30/2024 | 2010 Rolls Royce Phantom | SCA681S56AUX09096 | $99,630.00 | Norma P. Monterrey |

B) that the automatic stay be modified, and **that the 14 day stay period as per Fed. R. Civ. P. 4001(a)(3) be waived effective immediately upon the signing of the Order**, so that SSFCU

may pursue the remedies described herein; and,

       C) for all further relief to which SSFCU may be justly entitled.

Signed: August 9, 2024.

                                          Respectfully submitted,

                                          Law Offices of Elizabeth G. Smith
                                          6655 First Park Ten, Suite 240
                                          San Antonio, Texas 78213
                                          Phone: 210-731-9177    Fax: 210-731-9130
                                          E-mail: beth@egsmithlaw.com
                                          By:      /s/ *Elizabeth G. Smith*
                                                 Elizabeth G. Smith
                                                 State Bar No. 18577200
                                               **Attorney for Security Service Federal Credit Union**

**Unopposed:**
James S. Wilkins
James S. Wilkins, P.C.
1100 NW Loop 410, Suite 700
San Antonio, TX 78213
Ph: 271-9212   Fax: 271-9389
E-mail: jwilkins@stic.net
  */s/ James S. Wilkins*
  Texas State Bar No: 21486500
**Attorney for Debtor, Triad Motors, Ltd dba Hovey Motorcars**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In Re: | § | CASE No. 24-50876-mmp |
| TRIAD MOTORS, LTD. | § | |
| d/b/a HOVEY MOTOR CARS, | § | |
| DEBTOR | § | CHAPTER 11 |

**SUMMARY OF EXHIBITS**

Affidavit of Jay Gable, SSFCU Senior Vice President Indirect Lending Cntrl

"Ex. A"  Vehicle Financing Agreement

"Ex. B-Helfert  Exhibit Packet of David Helfert
Hovey Motorcars Retail Purchase Agreement
Motor Vehicle Retail Installment Sales Contract
SSFCU Additional Terms of Retail Installment Sales Contract
Application for Texas Title and/or Registration; and
Indirect Lending Checklist
Account Details

"Ex. C-Hovey"  Exhibit Packet of Taylor Dean Hovey
Hovey Motorcars Retail Purchase Agreement
Motor Vehicle Retail Installment Sales Contract
SSFCU Additional Terms of Retail Installment Sales Contract
Application for Texas Title and/or Registration; and
Indirect Lending Checklist
Account Details

"Ex. D-F.Monterrey"  Exhibit Packet of Fernando Gabriel Monterrey
Hovey Motorcars Retail Purchase Agreement
Motor Vehicle Retail Installment Sales Contract
SSFCU Additional Terms of Retail Installment Sales Contract
Application for Texas Title and/or Registration; and
Indirect Lending Checklist
Account Details

"Ex. E-Whitaker"  Exhibit Packet of John Steven Whitaker
Hovey Motorcars Retail Purchase Agreement
Motor Vehicle Retail Installment Sales Contract
SSFCU Additional Terms of Retail Installment Sales Contract
Application for Texas Title and/or Registration; and

Indirect Lending Checklist
Account Details

"Ex. F-N.Monterrey"   Exhibit Packet of Norma P. Monterrey
Hovey Motorcars Retail Purchase Agreement
Motor Vehicle Retail Installment Sales Contract
SSFCU Additional Terms of Retail Installment Sales Contract
Application for Texas Title and/or Registration; and
Indirect Lending Checklist
Account Details

# CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2024, a true and correct copy of the foregoing Motion was served to the Debtor, Debtor's counsel, the U.S. Trustee, the parties who have filed their appearance in this case shown below, and all parties listed in the Service List attached hereto either through the Court's ECF system or via U.S. First Class Mail, postage prepaid:

**by E-Notice of their appearance in this case as follows:**
Debtor's Attorney, James S. Wilkins, Wilkins & Wilkins, L.L.P., 1100 NW Loop 410, Suite 700 San Antonio, TX 78213,   jwilkins@stic.net

Jose C. Rodriguez, Chapter 7 Trustee, 1101 W. 34th Street, #223, Austin, TX 78705; jcrodlaw@gmail.com

U.S. Trustee, Jeremy Shane Flannery, 615 E. Houston, Suite 533, San Antonio, TX 78205, jeremy.s.flannery@usdoj.gov; Aubrey.Thomas@usdoj.gov; Erin.Coughlin@usdoj.gov

NextGear Capital, Inc., c/o Greenberg Traurig, LLP, Attn: John D. Elrod, 333 Piedmont Rd NE, Suite 2500, Atlanta, GA 30305-1780; elrodj@gtlaw.com

Miguel Espinoza c/o Gerrit Schulze, 13750 San Pedro, Suite 810, San Antonio, TX 78232 gerrit@txsuits.com;

United Texas Credit Union c/o D. Wade Hayden, Hayden & Cunningham, PLLC, 7750 Broadway, San Antonio, TX 78209   whayden@7750law.com

XL Funding, LLC d/b/a Axel Funding c/o Mark W. Stout or Owen C. Babcock, Padfield & Stout, LLP, 100 Throckmorton Street, Suite 700, Fort Worth, TX 76102, mstout@padfieldstout.com; obabcock@padfieldstout.com

Steele CJDR Gonzales, LLC: Frances A. Smith, Ross, Smith & Binford, PC, 700 N. Pearl St., Suite 1610, Dallas, TX 75201, Frances.smith@rsbfirm.com;   jonathan.gitlin@rsbfirm.com

Charles Mullins c/o Markes E. Kirkwood, Law Offices of Markes E. Kirkwood P.L.L.C., 2600 McCullough Avenue, San Antonio, Texas 78212, kirkwoodmarkes@yahoo.com

Richard D. Hovey, Jr.  c/o Ronald J. Smeberg, The Smeberg Law Firm, PLLC, 4 Imperial Oaks, San Antonio, TX 78248-1609   ron@smeberg.com

Luis Alberto DelaGarza c/o William B. Kingman, Law Offices of William B. Kingman, P.C., 3511 Broadway, San Antonio, TX 78209 bkingman@kingmanlaw.com

USA, Small Business Administration c/o Steven B. Bass, Asst. U.S. Attorney, 903 San Jacinto Blvd., Suite 334, Austin, TX 78701   Steven.Bass@usdoj.gov

American Express National Bank c/o Jonathan Arias, Zwicker & Associates, P.C., 80 Minuteman Rd., P.O. Box 9043, Andover, MA 01810-1041 bknotices@zwickerpc.com

**by First Class Mail as follows:**
**Debtor:** Triad Motors, Ltd., 30775 IH 10 West, Boerne, TX 78006;
and, to those parties per the attached Service List w/o exhibits **(EXHIBITS AVAILABLE UPON REQUEST FROM THE UNDERSIGNED COUNSEL)**.

Dated: August 9, 2024.

By: _____/s/ *Elizabeth G. Smith*_____
Elizabeth G. Smith
**Attorney for Security Service Federal Credit Union**