**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In Re: | § | CASE No. 24-50876-mmp |
| TRIAD MOTORS, LTD. | § | |
| d/b/a HOVEY MOTOR CARS, | § | |
|     DEBTOR | § | CHAPTER 7 |

**NOTICE OF EXPEDITED HEARING ON SECURITY SERVICE FEDERAL CREDIT UNION's MOTION FOR RELIEF FROM AUTOMATIC STAY AGAINST PROPERTY PER 11 U.S.C. §362(d) OF THE BANKRUPTCY CODE AND LOCAL RULE 4001 AND FOR ADEQUATE PROTECTION (re DKTS. 107)**

TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that an expedited hearing on the motion of Security Service Federal Credit Union ("SSFCU") for Motion for Relief from Automatic Stay Against Property Pursuant to 11 U.S.C. §362(d) of the Bankruptcy Code and Local Rule 4001 and for Adequate Protection ("Motion") [Dkt. 107] **has been set for hearing on Monday, August 19, 2024, at 10:00 o'clock a.m. in U.S. Bankruptcy Court, Western District of Texas, San Antonio Division, Courtroom No. 1, 3rd Floor, Hipolito F. Garcia Federal Bldg., 615 E. Houston Street, San Antonio, TX 78205.**

Respectfully Submitted,

Law Offices of Elizabeth G. Smith
6655 First Park Ten, Suite 240
San Antonio, Texas 78213
P: 210-731-9177   F: 210-731-9130
Email: beth@egsmithlaw.com
By: */s/ Elizabeth G. Smith*
    Elizabeth G. Smith
    State Bar No. 18577200
**Attorney for Security Service Federal Credit Union**

# CERTIFICATE OF SERVICE

I certify that on August 9, 2024, a true and correct copy of the above and foregoing Notice of Expedited Hearing on Security Service Federal Credit Union's Motion for Relief from Automatic Stay Against Property Pursuant to 11 U.S.C. §362(d) of the Bankruptcy Code and Local Rule 4001 and for Adequate Protection was served to the Debtor, Debtor's counsel, the Ch7 Trustee, the U.S. Trustee, the parties who have filed their appearance in this case shown below, and all parties listed in the Service List attached hereto either through the Court's ECF system or via U.S. First Class Mail, postage prepaid:

**by E-Notice of their appearance in this case as follows:**
Debtor's Attorney, James S. Wilkins, Wilkins & Wilkins, L.L.P., 1100 NW Loop 410, Suite 700 San Antonio, TX 78213, jwilkins@stic.net

Jose C. Rodriguez, Chapter 7 Trustee, 1101 W. 34th Street, #223, Austin, TX 78705 jcrodlaw@gmail.com

U.S. Trustee, Jeremy Shane Flannery, 615 E. Houston, Suite 533, San Antonio, TX 78205, jeremy.s.flannery@usdoj.gov; Aubrey.Thomas@usdoj.gov; Erin.Coughlin@usdoj.gov

NextGear Capital, Inc., c/o Greenberg Traurig, LLP, Attn: John D. Elrod, 333 Piedmont Rd NE, Suite 2500, Atlanta, GA 30305-1780; elrodj@gtlaw.com

Miguel Espinoza c/o Gerrit Schulze, 13750 San Pedro, Suite 810, San Antonio, TX 78232 gerrit@txsuits.com;

United Texas Credit Union c/o D. Wade Hayden, Hayden & Cunningham, PLLC, 7750 Broadway, San Antonio, TX 78209 whayden@7750law.com

XL Funding, LLC d/b/a Axel Funding c/o Mark W. Stout or Owen C. Babcock, Padfield & Stout, LLP, 100 Throckmorton Street, Suite 700, Fort Worth, TX 76102, mstout@padfieldstout.com; obabcock@padfieldstout.com

Steele CJDR Gonzales, LLC: Frances A. Smith, Ross, Smith & Binford, PC, 700 N. Pearl St., Suite 1610, Dallas, TX 75201, Frances.smith@rsbfirm.com; jonathan.gitlin@rsbfirm.com

Charles Mullins c/o Markes E. Kirkwood, Law Offices of Markes E. Kirkwood P.L.L.C., 2600 McCullough Avenue, San Antonio, Texas 78212, kirkwoodmarkes@yahoo.com

Richard D. Hovey, Jr. c/o Ronald J. Smeberg, The Smeberg Law Firm, PLLC, 4 Imperial Oaks, San Antonio, TX 78248-1609 ron@smeberg.com

Luis Alberto DelaGarza c/o William B. Kingman, Law Offices of William B. Kingman, P.C., 3511 Broadway, San Antonio, TX 78209 bkingman@kingmanlaw.com

USA, Small Business Administration c/o Steven B. Bass, Asst. U.S. Attorney, 903 San Jacinto Blvd., Suite 334, Austin, TX 78701    Steven.Bass@usdoj.gov

American Express National Bank c/o Jonathan Arias, Zwicker & Associates, P.C., 80 Minuteman Rd., P.O. Box 9043, Andover, MA 01810-1041 bknotices@zwickerpc.com

**by First Class Mail as follows:**
**Debtor:** Triad Motors, Ltd., 30775 IH 10 West, Boerne, TX 78006;
and, to those parties per the attached Service List

Dated: August 9, 2024.

By: _____ /s/ *Elizabeth G. Smith* _____
Elizabeth G. Smith
**Attorney for Security Service Federal Credit Union**

Label Matrix for local noticing
0542-5
Case 24-50876-mmp
Western District of Texas
San Antonio
Fri Aug  9 10:35:41 CDT 2024

Triad Motors Ltd.
30775 IH-10 West
Boerne, TX 78006-9211

U.S. BANKRUPTCY COURT
615 E. HOUSTON STREET, ROOM 597
SAN ANTONIO, TX 78205-2055

ADMIRAL PROPERTIES OF TEXAS
30775 IH 10 WEST
Boerne, TX 78006-9211

ADRAIN VALAZQUEZ
4713 CLUB FACE
San Antonio, TX 78261-1742

AMERICAN EXPRESS - CORPORATE
P.O. BOX 6031
CAROL STREAM, IL 60197-6031

AMERICAN EXPRESS - PLATINUM
P.O. BOX 6031
CAROL STREAM, IL 60197-6031

AUSTIN TONROY
407 HWY 289
Comfort, TX 78013-3418

AXLE FUNDING
15301 N. DALLAS PARKWAY
STE. 800
Addison, TX 75001-6713

American Express - Blue Prints
POB 6031
Carol Stream, IL 60197-6031

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

American Express National Bank, AENB
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
80 Minuteman Rd.
Andover, MA 01810-1008

American Express National Bank, AENB
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-0943

CARLOS MOORE
1218 SOUTH MAIN, UNIT B
Boerne, TX 78006-2828

CDK GLOBAL,LLC
P.O. BOX 88921
Chicago, IL 60695-1921

CHRISTOPHER GROSE
13262 HUNDERS LARK
San Antonio, TX 78230-2018

CRAIG PORTER
11 ORSINGER
San Antonio, TX 78230

Charles Mullins
14516 Gold Rush Pass
San Antonio, Texas 78254-4470

Charles Mullins
Markes E. Kirkwood
Law Offices of Markes E. Kirkwood, P.L.L
2600 McCullough Avenue
San Antonio, Texas 78212-3034

DAVID HEEMAN
11844 BANDERA #265
Helotes, TX 78023-4132

DAVID RIVERA
6511 Fountain Way
South Padre Island, TX 78597-7738

FELIX PARDO
715 PINS FOREST
San Antonio, TX 78253-5843

GREGORY REHELD
8629 SHADY GATE
Boerne, TX 78015

Gerrit Schulze
13750 San Pedro
Suite 810
San Antonio, TX 78232-4320

GreatAmerica Financial Services Corporation
ATTN: Peggy Upton
625 First St. SE
Cedar Rapids, IA 52401-2030

JANE GUERRERO
14555 GUNTER AVE.
San Antonio, TX 78254-1818

JOHN N. PHILLIPS
21207 ACORN COVE
San Antonio, TX 78258-7443

John Quintanilla
165 W. Rampart, Apt 503
San Antonio, TX 78216-6768

KENNETH DORROUGH
581 HARBOUR WAY
LAKE HILLS, TX 78063-6786

LUIS DELAGARZA
27595 IH 10 W #1238
Boerne, TX 78006-6695

Luis Alberto DelaGarza
c/o William B. Kingman
Law Office of William B. Kingman
3511 Broadway
San Antonio, Texas 78209-6513

MIGUEL ESPINOZA
21259 CORAL SPUR
San Antonio, TX 78259-2070

Miguel Espinoza
c/o Gerrit Schulze
13750 San Pedro
Suite 810
San Antonio, Texas 78232
gerrit@txsuits.com  78232-4320

NEXTGEAR CAPITAL, INC.
11799 N. COLLEGE AVENUE
Carmel, IN 46032-5605

NextGear Capital, Inc.
c/o Greenberg Traurig, LLP
Attn: John D. Elrod
3333 Piedmont Rd NE, Suite 2500
Atlanta, GA 30305-1780

PAUL KIRISITS
3223 ROSETTI DR.
San Antonio, TX 78247-5108

Paul Kirisits, Jr.
3223 Rosetti Dr.
San Antonio, Texas 78247-5108

ROBERT NOHRN
148 DODGE ROAD
Boerne, TX 78006

Rick Hovey c/o
Smeberg Law Firm, PLLC
4 Imperial Oaks
San Antonio, TX 78248-1609

Ronald J. Smeberg
The Smeberg Law Firm, PLLC
4 Imperial Oaks
San Antonio, Texas 78248-1609

SBA DISASTER LOAN
14925 KINGSPORT RD.
FT. WORTH, TX 76155-2243

STEVEN B. BASS
Assistant United States Attorney
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701-2449

Security Service Federal Credit Union
c/o Law Offices of Elizabeth G. Smith
6655 First Park Ten, Suite 240
San Antonio, TX 78213-4304

Steele CJDR Gonzales, LLC
3698 N. Hwy 183
Gonzales, Texas 78629-2178

Steele CJDR Gonzales, LLC
Frances A. Smith
Ross, Smith & Binford, PC
Plaza of the Americas
700 N Pearl St., Ste. 1610
Dallas, TX 75201-7459

Steve CJDR Gonzles, LLC
3698 N. Hwy 183
Gonzales, TX 78629-2178

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
San Antonio, TX 78205-2055

United Texas Credit Union
c/o D. Wade Hayden
Hayden & Cunningham, PLLC
7750 Broadway
San Antonio, Texas 78209-3244

WILLIAM CAISSE
3036 FALL VALLEY DR.
San Antonio, TX 78247-3224

XL Funding, LLC
c/o Owen C. Babcock
Padfield & Stout, LLP
100 Throckmorton, Ste. 700
Fort Worth, TX 76102-2837

James Samuel Wilkins
James S. Wilkins, PC
1100 NW Loop 410, Suite 700
San Antonio, TX 78213-2258

Jose C Rodriguez
Jose C. Rodriguez, Trustee
1101 W. 34th Street, #223
Austin, TX 78705-1907

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Kenneth Dorrough
581 Harbour Way
Lake Hills, TX 78063-6786

End of Label Matrix
Mailable recipients    51
Bypassed recipients     1
Total                  52