# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 24−50876−mmp

Chapter No.: 7

Judge: Michael M Parker

IN RE: **Triad Motors Ltd.**, Debtor(s)

## ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIM, COMBINED WITH NOTICE THEREOF

Notice having been previously given that creditors of the above−named debtors were not required to file proofs of claim, and it now appearing that a possible dividend may be declared for creditors at a later date, it is ORDERED, AND NOTICE HEREBY GIVEN THAT

**11/12/24** is hereby fixed as the last date for filing of proofs of claim by any creditor of the above−named debtors who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. A proof of claim filed by a governmental unit is timely filed if it is filed not later than 180 days after the date of the order for relief. Creditors and governmental units must file a claim, whether or not they are included in the list of creditors filed by the debtors, no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed using the court's Online Claim Filing System without having to complete a paper proof claim form. This is located on the Bankruptcy Court's Website: http://www.txwb.uscourts.gov.

*Those filers who do not have access to the internet may obtain an official B410 Proof of Claim form at any bankruptcy clerk's office and submit it to the following:*

MAIL ORIGINAL PROOF OF CLAIM TO:

U. S. BANKRUPTCY COURT

615 E. HOUSTON STREET, ROOM 597
SAN ANTONIO, TX 78205

MAIL COPY OF PROOF OF CLAIM TO:

Jose C Rodriguez

Jose C. Rodriguez, Trustee
1101 W. 34th Street, #223
Austin, TX 78705

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of, and an opportunity to object to, the trustee's final report and accounting.

*\*\*\*\* ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE−FILE SAME AND MAY DISREGARD THIS NOTICE.*

Dated: 8/9/24

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Set Bar Date Notice/Order]** [Ntcosbrdtapac]

United States Bankruptcy Court
Western District of Texas

| | |
|---|---|
| In re: | Case No. 24-50876-mmp |
| Triad Motors Ltd. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 09, 2024 | Form ID: 148 | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Triad Motors Ltd., 30775 IH-10 West, Boerne, TX 78006-9211 |
| 18685684 | + | ADMIRAL PROPERTIES OF TEXAS, 30775 IH 10 WEST, Boerne, TX 78006-9211 |
| 18685685 | + | ADRAIN VALAZQUEZ, 4713 CLUB FACE, San Antonio, TX 78261-1742 |
| 18685688 | + | AUSTIN TONROY, 407 HWY 289, Comfort, TX 78013-3418 |
| 18685689 | + | AXLE FUNDING, 15301 N. DALLAS PARKWAY, STE. 800, Addison, TX 75001-6713 |
| 18685690 | + | CARLOS MOORE, 1218 SOUTH MAIN, UNIT B, Boerne, TX 78006-2828 |
| 18685691 | | CDK GLOBAL,LLC, P.O. BOX 88921, Chicago, IL 60695-1921 |
| 18685692 | + | CHRISTOPHER GROSE, 13262 HUNDERS LARK, San Antonio, TX 78230-2018 |
| 18685693 | | CRAIG PORTER, 11 ORSINGER, San Antonio, TX 78230 |
| 18739122 | + | Charles Mullins, Markes E. Kirkwood, Law Offices of Markes E. Kirkwood, P.L.L, 2600 McCullough Avenue, San Antonio, Texas 78212-3034 |
| 18738115 | + | Charles Mullins, 14516 Gold Rush Pass, San Antonio, Texas 78254-4470 |
| 18685694 | + | DAVID HEEMAN, 11844 BANDERA #265, Helotes, TX 78023-4132 |
| 18685695 | + | DAVID RIVERA, 6511 Fountain Way, South Padre Island, TX 78597-7738 |
| 18685696 | + | FELIX PARDO, 715 PINS FOREST, San Antonio, TX 78253-5843 |
| 18685697 | | GREGORY REHELD, 8629 SHADY GATE, Boerne, TX 78015 |
| 18694225 | + | Gerrit Schulze, 13750 San Pedro, Suite 810, San Antonio, TX 78232-4320 |
| 18685698 | + | JANE GUERRERO, 14555 GUNTER AVE., San Antonio, TX 78254-1818 |
| 18685699 | + | JOHN N. PHILLIPS, 21207 ACORN COVE, San Antonio, TX 78258-7443 |
| 18703050 | + | John Quintanilla, 165 W. Rampart, Apt 503, San Antonio, TX 78216-6768 |
| 18685700 | + | KENNETH DORROUGH, 581 HARBOUR WAY, LAKE HILLS, TX 78063-6786 |
| 18685701 | + | LUIS DELAGARZA, 27595 IH 10 W #1238, Boerne, TX 78006-6695 |
| 18708223 | + | Luis Alberto DelaGarza, c/o William B. Kingman, Law Office of William B. Kingman, 3511 Broadway, San Antonio, Texas 78209-6513 |
| 18685702 | + | MIGUEL ESPINOZA, 21259 CORAL SPUR, San Antonio, TX 78259-2070 |
| 18694224 | + | Miguel Espinoza, c/o Gerrit Schulze, 13750 San Pedro, Suite 810, San Antonio, Texas 78232 gerrit@txsuits.com 78232-4320 |
| 18687747 | + | NextGear Capital, Inc., c/o Greenberg Traurig, LLP, Attn: John D. Elrod, 3333 Piedmont Rd NE, Suite 2500, Atlanta, GA 30305-1780 |
| 18685704 | + | PAUL KIRISITS, 3223 ROSETTI DR., San Antonio, TX 78247-5108 |
| 18728068 | + | Paul Kirisits, Jr., 3223 Rosetti Dr., San Antonio, Texas 78247-5108 |
| 18685705 | | ROBERT NOHRN, 148 DODGE ROAD, Boerne, TX 78006 |
| 18737076 | + | Rick Hovey c/o, Smeberg Law Firm, PLLC, 4 Imperial Oaks, San Antonio, TX 78248-1609 |
| 18737671 | + | Ronald J. Smeberg, The Smeberg Law Firm, PLLC, 4 Imperial Oaks, San Antonio, Texas 78248-1609 |
| 18694838 | + | Security Service Federal Credit Union, c/o Law Offices of Elizabeth G. Smith, 6655 First Park Ten, Suite 240, San Antonio, TX 78213-4304 |
| 18731649 | + | Steele CJDR Gonzales, LLC, 3698 N. Hwy 183, Gonzales, Texas 78629-2178 |
| 18732005 | + | Steele CJDR Gonzales, LLC, Frances A. Smith, Ross, Smith & Binford, PC, Plaza of the Americas, 700 N Pearl St., Ste. 1610 Dallas, TX 75201-7459 |
| 18704664 | + | Steve CJDR Gonzles, LLC, 3698 N. Hwy 183, Gonzales, TX 78629-2178 |
| 18689974 | + | United Texas Credit Union, c/o D. Wade Hayden, Hayden & Cunningham, PLLC, 7750 Broadway, San Antonio, Texas 78209-3244 |
| 18685707 | + | WILLIAM CAISSE, 3036 FALL VALLEY DR., San Antonio, TX 78247-3224 |
| 18696001 | + | XL Funding, LLC, c/o Owen C. Babcock, Padfield & Stout, LLP, 100 Throckmorton, Ste. 700, Fort Worth, TX 76102-2837 |

TOTAL: 37

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QJCRODRIGUEZ.COM | | |
| | | | Aug 10 2024 02:08:00 | Jose C Rodriguez, Jose C. Rodriguez, Trustee, 1101 W. 34th Street, #223, Austin, TX |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Aug 09 2024 22:15:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| | | | | 78705-1907 |
| 18685686 | + | Email/PDF: bncnotices@becket-lee.com | Aug 09 2024 22:24:21 | AMERICAN EXPRESS - CORPORATE, P.O. BOX 6031, CAROL STREAM, IL 60197-6031 |
| 18685687 | + | Email/PDF: bncnotices@becket-lee.com | Aug 09 2024 22:24:18 | AMERICAN EXPRESS - PLATINUM, P.O. BOX 6031, CAROL STREAM, IL 60197-6031 |
| 18704662 | + | Email/PDF: bncnotices@becket-lee.com | Aug 09 2024 22:24:22 | American Express - Blue Prints, POB 6031, Carol Stream, IL 60197-6031 |
| 18709175 | | Email/PDF: bncnotices@becket-lee.com | Aug 09 2024 22:24:18 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 18720679 | + | Email/Text: bkfilings@zwickerpc.com | Aug 09 2024 22:15:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 18720768 | + | Email/Text: bkfilings@zwickerpc.com | Aug 09 2024 22:15:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, 80 Minuteman Rd., Andover, MA 01810-1008 |
| 18730290 | + | Email/Text: dpetersen@greatamerica.com | Aug 09 2024 22:15:00 | GreatAmerica Financial Services Corporation, ATTN: Peggy Upton, 625 First St. SE, Cedar Rapids, IA 52401-2030 |
| 18685703 | + | Email/Text: bankruptcy@discoverdsc.com | Aug 09 2024 22:14:00 | NEXTGEAR CAPITAL, INC., 11799 N. COLLEGE AVENUE, Carmel, IN 46032-5605 |
| 18687747 | + | Email/Text: elrodj@gtlaw.com | Aug 09 2024 22:15:00 | NextGear Capital, Inc., c/o Greenberg Traurig, LLP, Attn: John D. Elrod, 3333 Piedmont Rd NE, Suite 2500, Atlanta, GA 30305-1780 |
| 18685706 | + | Email/Text: PDELINQ@sba.gov | Aug 09 2024 22:15:00 | SBA DISASTER LOAN, 14925 KINGSPORT RD., FT. WORTH, TX 76155-2243 |
| 18701028 | + | Email/Text: USATXW.BankruptcyNotices@usdoj.gov | Aug 09 2024 22:15:00 | STEVEN B. BASS, Assistant United States Attorney, 903 San Jacinto Blvd., Suite 334, Austin, Texas 78701-2449 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18709177 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 18729061 | *+ | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 18704663 | *+ | Kenneth Dorrough, 581 Harbour Way, Lake Hills, TX 78063-6786 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 09, 2024 | Form ID: 148 | Total Noticed: 49 |

Date: Aug 11, 2024  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| D. Wade Hayden | on behalf of Creditor United Texas Credit Union whayden@7750law.com 7750law@gmail.com;lbeck@7750law.com |
| Elizabeth Grace Smith | on behalf of Creditor Security Service Federal Credit Union beth@egsmithlaw.com maryann@egsmithlaw.com |
| Frances A. Smith | on behalf of Creditor Steele CJDR Gonzales LLC frances.smith@rsbfirm.com, michael.coulombe@rsbfirm.com |
| Gerrit Schulze | on behalf of Creditor Miguel Espinoza Gerrit@txsuits.com |
| James Samuel Wilkins | on behalf of Debtor Triad Motors Ltd. jwilkins@stic.net wilkinsjames222@gmail.com |
| Jeremy Shane Flannery | on behalf of U.S. Trustee United States Trustee - SA12 jeremy.s.flannery@usdoj.gov omar.e.jones@usdoj.gov |
| John Douglas Elrod | on behalf of Interested Party NextGear Capital Inc. elrodj@gtlaw.com, fieldss@gtlaw.com |
| Jose C Rodriguez | jcrodlaw@gmail.com lettymreyna@gmail.com;jrodriguez@ecf.axosfs.com |
| Markes Eugene Kirkwood, Sr | on behalf of Creditor Charles Mullins Mullins kirkwoodmarkes@yahoo.com |
| Owen Colin Babcock | on behalf of Creditor XL Funding LLC obabcock@padfieldstout.com |
| Ronald J Smeberg | on behalf of Interested Party Rick Hovey ron@smeberg.com ronaldsmeberg@yahoo.com;denielle@smeberg.com |
| Steven B. Bass | on behalf of Creditor Small Business Administration Steven.Bass@usdoj.gov tina.travieso@usdoj.gov |
| United States Trustee - SA12 | USTPRegion07.SN.ECF@usdoj.gov |
| William B. Kingman | on behalf of Creditor Luis Alberto DelaGarza bkingman@kingmanlaw.com terri@kingmanlaw.com |
| William R. Davis, Jr | on behalf of Creditor Richard and Tammy L. Carrier wrdavis@langleybanack.com msolberg@langleybanack.com |

TOTAL: 15