# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In Re: | § | CASE No. 24-50876-mmp |
| TRIAD MOTORS, LTD. | § | |
| d/b/a HOVEY MOTOR CARS, | § | |
|     DEBTOR | § | CHAPTER 7 |

## WITNESS AND EXHIBIT LIST OF SECURITY SERVICE FEDERAL CREDIT UNION's MOTION FOR RELIEF FROM AUTOMATIC STAY AGAINST PROPERTY PER 11 U.S.C. §362(d) OF THE BANKRUPTCY CODE AND LOCAL RULE 4001 AND FOR ADEQUATE PROTECTION (DKT. 107)

TO THE HONORABLE U.S. BANKRUPTCY JUDGE, MICHAEL M. PARKER:

Now comes the undersigned, counsel for Security Service Federal Credit Union ("SSFCU"), and files SSFCU's Witness and Exhibit List to be used at the expedited hearing on August 19, 2024 concerning Security Service Federal Credit Union's Motion for Relief from Automatic Stay against Property per 11 U.S.C. §362(d) of the Bankruptcy Code and Local Rule 4001 and for Adequate Protection (Dkt. 107) ("Motion for Relief "). SSFCU may call the following witnesses and offers the following exhibits:

## WITNESSES LIST

1. Representative on behalf of Security Service Federal Credit Union.
2. Any witness designated by Debtor or any creditor, any other party in interest that may appear and seek to be heard at the hearing;
3. Any rebuttal witnesses as may be required.

## EXHIBIT LIST

| Exh.#s | Description | Offered | Objection | Admitted or Not | Disposition |
|---|---|---|---|---|---|
| | All exhibits as described in Dkt # 107 filed by Counsel for SSFCU | | | | |

| Ex. A | Vehicle Financing Agreement | | | | |
|---|---|---|---|---|---|
| Ex. B-Helfert | Exhibit Packet of David Helfert; Hovey Motorcars Retail Purchase Agreement; Motor Vehicle Retail Installment Sales Contract; SSFCU Additional Terms of Retail Installment Sales Contract; Application for Texas Title and/or Registration; and, Indirect Lending Checklist; Account Details | | | | |
| Ex. C-Hovey | Exhibit Packet of Taylor Dean Hovey; Hovey Motorcars Retail Purchase Agreement; Motor Vehicle Retail Installment Sales Contract; SSFCU Additional Terms of Retail Installment Sales Contract; Application for Texas Title and/or Registration; Indirect Lending Checklist; Account Details | | | | |
| Ex. D-F.Monterrey | Exhibit Packet of Fernando Gabriel Monterrey; Hovey Motorcars Retail Purchase Agreement; Motor Vehicle Retail Installment Sales Contract; SSFCU Additional Terms of Retail Installment Sales Contract; Application for Texas Title and/or Registration; Indirect Lending Checklist; Account Details | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Ex. E-Whitaker | Exhibit Packet of John Steven Whitaker; Hovey Motorcars Retail Purchase Agreement; Motor Vehicle Retail Installment Sales Contract; SSFCU Additional Terms of Retail Installment Sales Contract; Application for Texas Title and/or Registration; Indirect Lending Checklist; Account Details | | | | |
| Ex. F-N.Monterrey | Exhibit Packet of Norma P. Monterrey; Hovey Motorcars Retail Purchase Agreement; Motor Vehicle Retail Installment Sales Contract; SSFCU Additional Terms of Retail Installment Sales Contract; Application for Texas Title and/or Registration; and Indirect Lending Checklist; Account Details | | | | |
| | Any exhibit identified, introduced, designated or relied upon by any other party. | | | | |
| | Any exhibits necessary for rebuttal or impeachment purposes. | | | | |

SSFCU reserves the right to amend its Exhibit List and/or supplement the same. SSFCU further reserves the right to introduce any document designated by any other party in-interest, as well as any rebuttal documents.

Date: August 15, 2024.

Respectfully submitted,

Law Offices of Elizabeth G. Smith
6655 First Park Ten, Suite 240
San Antonio, Texas 78213
Ph: 210-731-9177   Fax: 210-731-9130
E-mail: beth@egsmithlaw.com
By: */s/ Elizabeth G. Smith*
   Elizabeth G. Smith
   State Bar No. 18577200
Attorney for Security Service Federal Credit Union

## CERTIFICATE OF SERVICE

This is to certify that on August 15, 2024, a true and correct copy of the above and foregoing List of Witnesses and Exhibits was served on the Debtor, Debtor's counsel, the U.S. Trustee, and the parties who have filed their appearance in this case shown below, either through the Court's ECF system or via U.S. First Class Mail, postage prepaid:

**by E-Notice of their appearance in this case as follows\*:**
Debtor's Attorney, James S. Wilkins, Wilkins & Wilkins, L.L.P., 1100 NW Loop 410, Suite 700 San Antonio, TX 78213,   jwilkins@stic.net

Jose C. Rodriguez, Chapter 7 Trustee, 1101 W. 34th Street, #223, Austin, TX 78705; jcrodlaw@gmail.com

U.S. Trustee, Jeremy Shane Flannery, 615 E. Houston, Suite 533, San Antonio, TX 78205, jeremy.s.flannery@usdoj.gov; Aubrey.Thomas@usdoj.gov; Erin.Coughlin@usdoj.gov

NextGear Capital, Inc., c/o Greenberg Traurig, LLP, Attn: John D. Elrod, 333 Piedmont Rd NE, Suite 2500, Atlanta, GA 30305-1780; elrodj@gtlaw.com

Miguel Espinoza c/o Gerrit Schulze, 13750 San Pedro, Suite 810, San Antonio, TX 78232 gerrit@txsuits.com;

United Texas Credit Union c/o D. Wade Hayden, Hayden & Cunningham, PLLC, 7750 Broadway, San Antonio, TX 78209   whayden@7750law.com

XL Funding, LLC d/b/a Axel Funding c/o Mark W. Stout or Owen C. Babcock, Padfield & Stout, LLP, 100 Throckmorton Street, Suite 700, Fort Worth, TX 76102, mstout@padfieldstout.com; obabcock@padfieldstout.com

Steele CJDR Gonzales, LLC: Frances A. Smith, Ross, Smith & Binford, PC, 700 N. Pearl St., Suite

1610, Dallas, TX 75201, Frances.smith@rsbfirm.com;  jonathan.gitlin@rsbfirm.com

Charles Mullins c/o Markes E. Kirkwood, Law Offices of Markes E. Kirkwood P.L.L.C., 2600 McCullough Avenue, San Antonio, Texas 78212, kirkwoodmarkes@yahoo.com

Richard D. Hovey, Jr. c/o Ronald J. Smeberg, The Smeberg Law Firm, PLLC, 4 Imperial Oaks, San Antonio, TX 78248-1609  ron@smeberg.com

Luis Alberto DelaGarza c/o William B. Kingman, Law Offices of William B. Kingman, P.C., 3511 Broadway, San Antonio, TX 78209 bkingman@kingmanlaw.com

USA, Small Business Administration c/o Steven B. Bass, Asst. U.S. Attorney, 903 San Jacinto Blvd., Suite 334, Austin, TX 78701   Steven.Bass@usdoj.gov

American Express National Bank c/o Jonathan Arias, Adam Weisberger, Zwicker & Associates, P.C., 80 Minuteman Rd., P.O. Box 9043, Andover, MA 01810-1041 Aweisberger@zwickerpc.com;  bknotices@zwickerpc.com

*Exhibits included with email distribution.
**by First Class Mail as follows:**
**Debtor:** Triad Motors, Ltd., 30775 IH 10 West, Boerne, TX 78006.

**(EXHIBITS AVAILABLE UPON REQUEST FROM THE UNDERSIGNED COUNSEL)**.

          By:    /s/ *Elizabeth G. Smith*
             Elizabeth G. Smith
            Attorney for Security Service Federal Credit Union